*Michael Ranis, Attorney at Law*
*Co-Lab Goshen*
*45 St. John Street*
*Goshen, New York 10924*
*(914)584-6445*
*mranislaw@gmail.com*

August 15, 2020

<u>By ecf</u>

Judge Kenneth M. Karas
United States District Judge
United States District Court
300 Quorrapas Street
White Plains, New York

   Re:  Soliz v. Battery Giant, LLC., d/b/a also as Loyal Sellers, LLC and
     and Sam Krausz, Case No. 7:19-cv-3811 (KMK)_____

Dear Mr. Judge Karas:

  I write on behalf of the plaintiff Freddy Soliz regarding the Order to Show Cause in the above-captioned case currently schedule for hearing on August 19, 2020.

  By July 2, 2020, I served the Order to Show Cause and accompanying documents on the defendants by certified mail, and defendants did not by July 17, 2020 reply or serve on me any objections or opposition to the Order.  Later I received the returned certified mail package as undeliverable and as a refusal to sign for and pick up the package, as best as I could determine from the Post Office.  Accordingly, defendants have not received the notice or had a full opportunity to object.

  Plaintiff requests permission to attempt service again by personal service, as he has done successfully on two prior occasions.  If a new deadline and a hearing date are established by the Court, plaintiff proposes to renew service as soon as possible by that method.  In tandem, plaintiff requests that the August 19, 2020 hearing on the Order to Show Cause be adjourned, subject to the setting of a new hearing date.

      I apologize for the inconvenience to the Court and delay, including in not persisting here with personal service.

Granted.  Any new OSC submission is due by 9/17/20.

So Ordered.

8/17/20

Respectfully submitted,

*s/Michael Ranis*

Michael Ranis
Counsel for Plaintiff Freddy Soliz

Co-Lab Goshen
45 St. John St.
Goshen, New York 10924

(914) 584-6445