UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
FREDDY ANTONIO SOLIZ,

                                                                                                     Civil Action No. 7:19-cv-3811

                                  Plaintiff,

    - against -

BATTERY GIANT, LLC., d/b/a also
as LOYAL SELLERS, LLC and
SAM KRAUSZ,                                                         **DEFAULT JUDGMENT**

                                  Defendants.
------------------------------------------------------------------------X

## DEFAULT JUDGMENT AGAINST DEFENDANTS BATTERY GIANT, LLC D/B/A LOYAL SELLERS, LLC AND SAM KRAUSZ

      This action having been commenced on April 29, 2019 by the filing of the Complaint and Summons, and a copy of the Summons and Complaint having been served on defendant Battery Giant by mail to the designated office of the Secretary of State of the State of New York on May 21, 2019 and later personally served on defendant Sam Krausz on June 13, 2019, and proofs of service as to both defendants having been filed on October 2, 2019, and the defendants not having answered the Complaint, and the time for answering the Complaint having expired, it is

      ORDERED, ADJUDGED AND DECREED:  That the plaintiff have judgment against defendants in the liquidated amount of **$17,889.84** , plus attorneys' fees, costs and disbursements of this action payable to his attorney in the amount of $10,389.00, amounting in all to **$28,278.84.**

Dated: June 30, 2022
       White Plains, New York

                                                                                 _____
                                                                                 Judge Kenneth M. Karas
                                                                                 United States District Judge